Westmore Supply Company v. Eugene L. Frum et al.
Chicago Title and Trust Company v. Westmore Supply Company et al.
Walter R. Youngberg, County Treasurer, et al., Appellees, v. Kuenzel and Frye, Appellant.

Gen. No. 9,798.

Heard in this court at May term, 1942; opinion filed September 17, 1942; opinion modified and rehearing denied December 3, 1942. George F. Featherstone, Jr. and Newhall & Givler, for appellant; Gordon Moffett, John W. Leedle and Lee E. Daniels, State's Attorney, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."